UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Daniel Herrera Benitez,

Petitioner

v.

Todd Blanche, et al.,

Respondents

Case No. 2:26-cv-02606-CDS-MDC

**Order Granting Petitioner's Motion to Extend Time**

[ECF No. 6]

Petitioner Daniel Herrera Benitez's counsel requests an extension of time to file an amended petition for writ of habeas corpus, which was due on September 10, 2026. ECF No. 6. Counsel filed the motion to extend time on September 30, 2026, and represents that the respondents are opposed to the extension of time. *Id.* at 2.

The court may extend a filing deadline for good cause "on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). The petitioner states that the deadline was inadvertently overlooked given the numerous habeas cases filed of late. ECF No. 6 at 2. A review of the record reveals no apparent prejudice to the respondents, particularly given the length of the delay. Nor is there any evidence that the petitioner acted in bad faith. *See Bateman v. U.S. Postal Serv.*, 231 F.3d 1220, 1225 (9th Cir. 2000) (finding no bad faith where the failure to timely file resulted from "negligence and carelessness, not from deviousness or willfulness"). Finally, although the petitioner indicates that the respondents oppose the motion, they have filed no opposition and are therefore deemed to have consented to its granting. *See* Local Rule 7-2(d) (stating that "[t]he failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion"). The court concludes that the petitioner's late request was the result of excusable neglect and finds good cause to grant the extension of time.

## Conclusion

It is hereby ordered that the petitioner's motion to extend time **[ECF No. 6] is granted** nunc pro tunc. Herrera Benitez must file an amended petition by October 30, 2026. The respondents must file a response within fourteen days after being served with the amended petition. The petitioner will then have five days to file a reply.

Dated: October 15, 2026

__________________________________

Cristina D. Silva
United States District Judge